**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-22-05088-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** |
| | **E1102323** |
| **vs.** | **Location Code: M13** |
| **SAI NAGESWARA KOU DHUMANTARAO,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $60 fine and $30 processing fee for violation E1102323 (for a total of $90), and for good cause shown, **IT IS ORDERED** that the $90 fine paid by the defendant is accepted as a full adjudication of violation E1102323.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED**.

DATED this 28th day of September, 2022.

John Johnston
United States Magistrate Judge